UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>WOFFORD, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-01495-BAM (PC)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff Joshua Snyder ("Plaintiff") is a state prisoner proceeding *pro se* in this civil action pursuant to 42 U.S.C. § 1983. This action was initiated on August 1, 2018, in the Sacramento Division of the United States District Court for the Eastern District of California, and was transferred to the Fresno Division on October 30, 2018. (ECF No. 5.) On August 1, 2018, Plaintiff filed the instant motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) A certified copy of Plaintiff's prisoner trust fund account statement was filed on October 30, 2018. (ECF No. 8.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's

trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

**2. The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **November 1, 2018**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE